IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN E. FORTNEY,

                          Plaintiff,                                                    ORDER

          v.
                                                                                  09-cv-527-slc
Capt. M. SCHULTZ, WILLIAM J. POLLARD,
MICHAEL BAENEN, PETTER ERICKSEN,
COIII ZAGER and COIII HOFFMAN,

                          Defendants.

---

          Plaintiff Steven Fortney, a prisoner at the Green Bay Correctional Institution in Green

Bay, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma*

*pauperis* and has paid an initial partial filing fee.  Because plaintiff is a prisoner, this court is

required under the 1996 Prison Litigation Reform Act to screen his complaint and dismiss any

claims that are legally frivolous, malicious, fail to state a claim on which relief may be granted

or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. §

1915(e)(2).

          Accordingly, IT IS ORDERED that plaintiff Steven Fortney's complaint is taken under

advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened

pursuant to 28 U.S.C. § 1915(e)(2) to determine whether the case must be dismissed either

because the complaint is frivolous or malicious, fails to state a claim on which relief may be

granted or seeks monetary relief against a defendant who is immune from such relief.  Plaintiff

will be notified promptly when such a decision has been made.

Entered this 9th day of September, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge