IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN E. FORTNEY,

    Plaintiff,

v.

CAPT. SCHULTZ,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-527-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant granting defendant's motion for summary judgment for plaintiff's failure to exhaust his administrative remedies and dismissing the case without prejudice.

_____
Peter Oppeneer, Clerk of Court

1/28/10
Date